# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** ANTHONY BUCHANAN

FILED

**Docket No.** 3:00CR00263(JCH)

## Petition For Modification of Conditions or Term of Supervised Release with the Consent of the Offender

2005 JUL 13 A 8: 02

U.S. DISTRICT COURT

**COMES NOW,** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Buchanan who was sentenced to 63 months imprisonment, followed by 5 years of supervised release for a violation of 21 U.S.C. § 841(a)(1), Conspiracy to Distribute Cocaine by the Honorable Janet C. Hall, U.S. District Judge, sitting in the court in Bridgeport, Connecticut on May 2, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, to include random testing to determine if the defendant has reverted to the use of drugs, as determined by the probation officer. Anthony Buchanan began supervision on January 24, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Based on the defendant's arrest for Assault 2nd Degree by the Stamford Connecticut Police Department, it is respectfully recommended that he be placed on home confinement for 30 days with random telephone calls by the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall be placed on home confinement with random telephone calls by the U.S. Probation Office for 30 days.

**ORDER OF COURT**

Considered and ordered this 12th day of ~~May~~ June, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Respectfully Submitted,

Keith P. Barry
United States Probation Officer

Place: Bridgeport, Connecticut

Date: 7/12/05

PROB 49
(3/89)

# United States District Court

**District of Connecticut**

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed on home confinement with random telephone calls by the U.S. Probation Office for 30 days.

Witness: [signature]
U.S. Probation Officer

Signed: Anthony Buchanan
Supervised Releasee

5/16/05
Date